IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| CADRIOUS D. BATTS,<br>    Petitioner,<br><br>v.<br><br>WARDEN HARRISON,<br>    Respondent. | No. 2:25-cv-02534-SHL-atc |

**ORDER DIRECTING PETITIONER TO FILE AN IN FORMA PAUPERIS AFFIDAVIT AND TRUST FUND ACCOUNT STATEMENT OR PAY THE HABEAS CORPUS FILING FEE AND DIRECTING CLERK TO MAIL FORM**

On May 21, 2025, Petitioner Cadrious D. Batts, Bureau of Prisons register number 31735-001, an inmate at the Federal Correctional Institution in Memphis, Tennessee, filed a pro se petition under 28 U.S.C. § 2241. (ECF No. 1.) Petitioner failed to either (1) pay the five-dollar habeas filing fee required by 28 U.S.C. § 1914(a) or (2) apply to proceed in forma pauperis with a certified copy of his inmate trust fund account statement.

Thus, Petitioner is **ORDERED** to either (1) pay the five-dollar filing fee or (2) submit a properly completed Application to Proceed in District Court Without Prepaying Fees or Costs (AO 240) demonstrating his indigency with a certified copy of his trust fund account statement for the last six months by **June 30, 2025**.[1]  The Clerk is **DIRECTED** to mail a copy of the prisoner Application to Proceed in District Court Without Prepaying Fees or Costs (AO 240) to Petitioner along with this order.

---

[1] Petitioner is advised that if his inmate trust account had a balance of at least twenty-five dollars on the date his habeas petition was filed, an application to proceed in forma pauperis will be denied.

2

Petitioner is advised that failure to comply with this order in a timely manner will result in dismissal of this action without further notice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED** this 23rd day of May, 2025.

                                       s/ Sheryl H. Lipman
                                       SHERYL H. LIPMAN
                                       CHIEF UNITED STATES DISTRICT JUDGE