IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| CADRIOUS D. BATTS,<br><br>  Petitioner,<br><br>v.<br><br>WARDEN HARRISON,<br><br>  Respondent. | )<br>)<br>)<br>)<br>)  No. 2:25-cv-02534-SHL-atc<br>)<br>)<br>)<br>)<br>) |

**ORDER DISMISSING § 2241 PETITION WITHOUT PREJUDICE
FOR FAILURE TO PROSECUTE**

On May 21, 2025, Petitioner Cadrious D. Batts, Bureau of Prisons register number 31735-001, an inmate at the Federal Correctional Institution in Memphis, Tennessee, filed a pro se petition under 28 U.S.C. § 2241. (ECF No. 1.) Petitioner failed to either (1) pay the five-dollar habeas filing fee required by 28 U.S.C. § 1914(a) or (2) apply to proceed in forma pauperis with a certified copy of his inmate trust fund account statement. (ECF No. 4 at PageID 12.) On May 23, 2025, the Court ordered Petitioner to either pay the filing fee or apply to proceed in forma pauperis. (Id.) The Court warned Petitioner that "[f]ailure to comply with this Order in a timely manner will result in dismissal of this action without further notice for failure to prosecute under Federal Rule of Civil Procedure 41(b)." (Id. at PageID 13.) The Clerk mailed a copy of the order to Petitioner at his address of record, and it has not been returned as undeliverable.

Petitioner has failed to comply with the order, and the time for compliance has expired. Petitioner appears to have abandoned this action. Thus, the § 2241 petition is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute. See Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED** this 9th day of July, 2025.

                                              s/ Sheryl H. Lipman
                                              SHERYL H. LIPMAN
                                              CHIEF UNITED STATES DISTRICT JUDGE