# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| CADRIOUS D. BATTS,<br><br>    Petitioner,<br><br>v.<br><br>WARDEN HARRISON,<br><br>    Respondent. | No. 2:25-cv-02534-SHL-atc |

## JUDGMENT

**JUDGMENT BY COURT.**  This action having come before the Court on Petitioner's petition under 28 U.S.C. § 2241 (ECF No. 1), filed May 21, 2025,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Dismissing § 2241 Petition Without Prejudice for Failure to Prosecute (ECF No. 5), filed July 9, 2025, all of Petitioner's claims against Respondent are **DISMISSED WITHOUT PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

July 9, 2025
Date